# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

CASE NO.: 12-28477-BKC-JKO
PROCEEDING UNDER CHAPTER 13

IN RE:

JOHN PAUL GOSNEY
XXX-XX-4879
PATRICIA GOSNEY
XXX-XX-0187

DEBTORS_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to timely provide current tax returns to Trustee pursuant to the Confirmation Order;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this                    .

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS  
CASE NO.:  12-28477-BKC-JKO

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTORS**
JOHN PAUL GOSNEY
PATRICIA GOSNEY
1107 SE 14 DR
DEERFIELD BEACH, FL  33441

**ATTORNEY FOR DEBTORS**
ANGELA R. BUCCI, ESQUIRE
LAW OFFICE OF ANGLA BUCCI, PLLC
2600 NORTH ANDREWS AVENUE
WILTON MANORS, FL  33311

**CREDITOR(S)**
BANK OF AMERICA
101 S TRYON STREET
CHARLOTTE, NC  28202

BCC FINANCIAL MANAGEMENT SERVI
PO BOX 590097
FORT LAUDERDALE, FL  33359

BROWARD GENERAL MEDICAL CENTER
PO BOX 932540
ATLANTA, GA  31193

CAPITAL ONE
PO BOX 71083
CHARLOTTE, NC  28272

DEPT STORES NATIONAL BANK MACY
BANKRUPTCY PROCESSING
PO BOX 8053
MASON, OH  45040

DEPT STORES NATIONAL BANK MACY
NCO FINANCIAL SYSTEMS INC
PO BOX 4275
NORCROSS, GA  30091

MOTION TO DISMISS
CASE NO.:  12-28477-BKC-JKO

EAGLE NEST HOA
JULIE A FETCKO RA
105 EAGLES NEST DR
CRESCENT CITY, FL  32112

GASTROCARE LLC
2902 N UNIVERSITY DRIVE
CORAL SPRINGS, FL  33065

GE CAPITAL RETAIL BANK
C/O RECOVERY MANAGEMENT SYSTEM
25 SE 2ND AVENUE SUITE 1120
MIAMI, FL  33131-1605

HIGHLAND COUNTY TAX COLLECTOR
540 S COMMERCE AVE
SEBRING, FL  33870

HOME DEPOT CREDIT SERVICES
PO BOX 183175
COLUMBUS, OH  43218

JUSTIN HEARN
1025 SW 17 ST
BOCA RATON, FL  33486

MACY'S
PO BOX 689195
DES MONIES, IA  50368

MATTHEW H. SCOTT, ESQUIRE
TRIPP SCOTT  PA
FORT LAUDERDALE, FL  33301

PRA RECEIVABLES MANAGEMENT, LLC
PO BOX 12914
NORFOLK, VA  23541

SETERUS INC
DANIEL C. CONSUEGRA P.L.
9204 KING PALM DR
TAMPA, FL  33619-1328

MOTION TO DISMISS
CASE NO.:  12-28477-BKC-JKO

SETERUS, INC
PO BOX 2008
GRAND RAPIDS, MI  49501

SHERIDAN HEALTH CORP
PO BOX 817737
HLWD, FL  33081

SUNTRUST BANK
PO BOX 85092
RICHMOND, VA  23286

WELLS FARGO BANK, NA
PO BOX 31557
BILLINGS, MT  59107

WORLD OMNI FINANCIAL CORP
PO BOX 991817
MOBILE, AL  36691-1817